# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTHONY HAWKINS,**

    **Plaintiff,**

**vs.**                                              **CASE NO. 1:07CV24-MP/AK**

**SEAN BREWER, et al,,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed two amended complaints on the same date alleging civil rights violations against persons involved in prosecuting and defending his criminal case. (Docs. 19 and 20).  Because it is impossible to discern which complaint superseded the other, the Court will treat both amended complaints as one and herein recommends that they both be dismissed.

Plaintiff raises a number of issues regarding his trial that he alleges resulted in his illegal incarceration.  He seeks damages, although it is clear that he remains incarcerated on the charges of which he complains.  Since he was advised by previous Order (doc. 18) that the issues he raises should be brought in a habeas petition, he has

filed such a petition raising the same complaints he raises in this civil rights lawsuit, with the exception of his request for damages.  See Hawkins v. State of Florida, Case No. 4:07cv213-MP/AK (complaint filed 10/18/07).  Plaintiff is, of course, barred from damages pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 2372, 129 L. Ed. 2d 383 (1994).  A claim for damages that is related to a sentence or conviction that has not yet been reversed or invalidated is not cognizable under 42 U.S.C. § 1983. Heck, 114 S. Ct. at 2372.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaints, doc. 19 and 20, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  This dismissal should constitute a strike within the meaning of 28 U.S.C. §1915(g).

**IN CHAMBERS** at Gainesville, Florida, this 2nd  Day of November, 2007.


S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after

**No. 1:07cv24-mp/ak**

**being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:07cv24-mp/ak**